**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MITCHELL G. VARNADO** | * | **CIVIL ACTION NO. 25-1718** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **LYND MANAGEMENT GROUP, ET AL.** | * | **MAGISTRATE JUDGE** **EVA J. DOSSIER** |

\*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 32, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss, R. Doc. 28, is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff is allowed 90 days from the issuance of this Order to make proper service of his original and amended complaints.

New Orleans, Louisiana, this 9th day of April, 2026.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE